```
FILED
2022 NOV 22  PM 1: 17
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
```

GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER H. BERMAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jennifer.berman@usdoj.gov
Attorneys for Plaintiff

CR22-02544 TUC-JCH(DTF)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIOLATIONS:<br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens for Profit)<br>**Count 1** |
| Alfonso Moreno, Jr,<br>(Counts 1-3) | |
| Defendant. | |
| | 8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Transportation of Illegal Aliens for Profit)<br>**Counts 2-3** |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From a date unknown to on or about October 26, 2022, in the District of Arizona, Alfonso Moreno, Jr, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 2**

On or about October 26, 2022, in the District of Arizona, Alfonso Moreno, Jr, knowing and in reckless disregard of the fact that an alien, Arquimedas Gutierrez-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 3**

On or about October 26, 2022, in the District of Arizona, Alfonso Moreno, Jr, knowing and in reckless disregard of the fact that an alien, Juan Rodriguez-Torruco, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: November 22, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

JENNIFER H. BERMAN
Assistant U.S. Attorney